Argued: November 10, 2015

IN THE COURT OF APPEALS OF MARYLAND

Misc. No. 1

September Term, 2015

---

IN THE MATTER OF THE APPLICATION

OF PHILIP DAVIS FOR ADMISSION TO

THE BAR OF MARYLAND

---

Barbera, C.J.
Battaglia
Greene
Adkins
McDonald
Watts
Harrell, Jr., Glenn T., (Retired,
Specially Assigned),

JJ.

---

ORDER

---

Filed: November 10, 2015

IN THE MATTER OF THE APPLICATION     *     In the

OF PHILIP DAVIS     *     Court of Appeals

FOR ADMISSION TO THE     *     of Maryland

BAR OF MARYLAND     *     Misc. No. 1, September Term, 2015

O R D E R

The Court having considered the recommendations of the Character Committee for the Fourth Appellate Circuit of Maryland and the State Board of Law Examiners, and the oral argument of the applicant's counsel presented at a hearing held before this Court on November 10, 2015, it is this 10th day of November, 2015,

ORDERED, by the Court of Appeals of Maryland, with a majority concurring, that the favorable recommendations of the Character Committee for the Fourth Appellate Circuit, and of the State Board of Law Examiners be, and are hereby accepted, and it is further

ORDERED, that the applicant, upon taking the oath prescribed by the statute, be admitted to the practice of law in this State.

/s/ Mary Ellen Barbera
Chief Judge